# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 2:10-cr-157-FtM-29SPC**

**TOBIAS KURZ**

---

### ORDER

This matter comes before the Court on Unopposed Motion for Waiver of Personal Appearance at Arraignment of Superseding Indictment (Doc. #49) filed on September 14, 2012. On August 9, 2012, a Superseding Indictment was filed. The case was scheduled for an Arraignment on the superseding indictment, however, the Defendant filed a Waiver of Personal Appearance indicating that he has received a copy of the superseding indictment and wishes to enter a plea of not guilty. The Government does not object to the relief requested. The Court will accept the waiver of personal appearance and enter a not guilty plea on the Defendant's behalf.

Accordingly, it is now **ORDERED:**

The Unopposed Motion for Waiver of Personal Appearance at Arraignment of Superseding Indictment (Doc. #49) is **GRANTED**. The Court will enter a not guilty plea on the Defendant's behalf. The Case remains on its current trial calendar.

**DONE AND ORDERED** at Fort Myers, Florida, this 17th day of September, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record